UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JI WU,<br><br>    Plaintiff,<br><br>    v.<br><br>YIFAN ZHOU, et al.<br><br>    Defendants. | Case No. 20-cv-03667-JSC<br><br>**ORDER TO SHOW CAUSE RE: IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 3 |

Plaintiff's application to proceed in forma pauperis is pending before the Court. (Dkt. No. 3.) Upon review of Plaintiff's application, it appears that Plaintiff is not indigent taking into account his household income up until May 18, 2020 and the funds in his bank account. Plaintiff is therefore ordered to show cause as to why the application should not be denied for that reason. In the alternative, Plaintiff may pay the filing fee. Plaintiff must respond to this Order or pay the filing fee by June 9, 2020. If Plaintiff does not do so, the Court will issue a report and recommendation to the district court to dismiss this action without prejudice.

**IT IS SO ORDERED.**

Dated: June 3, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge